

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:   01-16-00236-CV

Trial Court Cause
Number:     412,110

Style:      In re Tamsin Jacky and Kevin Squyres


Date motion filed\*:  August 18, 2016

Type of motion:   Motion for Extension of Time to File Motion for Rehearing

Party filing motion:  Real Party in Interest

Document to be filed: Motion for Rehearing

Is appeal accelerated? ☐ Yes ☐ No

If motion to extend time:
   Original due date:      August 24, 2016
   Number of previous extensions granted: 0
   Date Requested:      30 days

Ordered that motion is:

 ☒ Granted

    If document is to be filed, document due: **September 23, 2016**

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☐ Other: _____


Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually  ☐ Acting for the Court

Date: August 23, 2016